# MENTONUNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| STEVEN LAMONT MARKOS,<br><br>Plaintiff,<br><br>v.<br><br>MENTONE RENTAL CABINS, LLC,<br><br>Defendant. | CASE NO.: |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff STEVEN LAMONT MARKOS by and through his undersigned counsel, brings this Complaint against Defendant MENTONE RENTAL CABINS, LLC, for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff STEVEN LAMONT MARKOS ("Markos") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Markos' original copyrighted Work of authorship.

2. Markos is a professional photographer, writer, and owns and operates the website National Park Planner located at URL https://www.npplan.com. Markos started National Park Planner in 2014 to bring to the public first-hand coverage of the over 400 National Parks that make up America's National Park System,

including summaries of the park's amenities and professional photographs of the terrain. He has invested thousands of hours and significant personal resources to create the original written and photographic content contained on the website.

3. Defendant MENTONE RENTAL CABINS, LLC ("Mentone") is a company that offers cabins for rental in the Northern District of Alabama, including locations named the Bass House, Roosters Rest and Southern Charm. At all times relevant herein, upon information and belief, Mentone owned and operated the website located at the internet URL www.mentonerentalcabins.com (the "Website").

4. Markos alleges that Mentone copied Markos's copyrighted Work from the internet in order to advertise, market and promote its business activities. Mentone committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Mentone's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Mentone is subject to personal jurisdiction in Alabama.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Mentone

engaged in infringement in this district, Mentone resides in this district, and Mentone is subject to personal jurisdiction in this district.

## **DEFENDANT**

9.  Mentone Rental Cabins, LLC is an Alabama Limited Liability Company, with its principal place of business at 1948 Gray Road, Fort Payne, Alabama, 35967, and can be served by serving its Registered Agent, Devin Dean, at the same address.

## **THE COPYRIGHTED WORK AT ISSUE**

10.  In 2014, Markos created the photograph entitled "Little_River-012," which is shown below and referred to herein as the "Work."



3

11. Markos registered the Work with the Register of Copyrights on November 2, 2016 as part of a group registration. The Group Registration was assigned registration number VA 2-022-996. A true and accurate copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Markos was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY MENTONE

13. Mentone has never been licensed to use the Work for any purpose.

14. On a date after the Work was created, but prior to the filing of this action, Mentone copied the Work.

15. On or about September 16, 2023, Markos discovered the unauthorized use of his Work on the Website. Attached hereto as **Exhibit 2** is a true and accurate screenshot of the Work as displayed on Defendant's Website.[1]

16. Mentone copied Markos' copyrighted Work without Markos' permission.

17. After Mentone copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its cabin rental business.

---

[1] The Work is also being used on Defendant's Airbnb publication at the following URL: https://www.airbnb.com/rooms/694893371183350662?source_impression_id=p3_1763583420_P3WMK8ywwn790er3

18. Mentone copied and distributed Markos' copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. Markos' Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting, and other details is entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

20. Mentone committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Markos never gave Mentone permission or authority to copy, distribute or display the Work.

22. Markos notified Mentone of the allegations set forth herein on February 6, 2024 and February 22, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

23. Markos incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Markos owns a valid copyright in the Work.

25. Markos registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Mentone copied, displayed, and distributed the Work and made derivatives of the Work without Markos' authorization in violation of 17 U.S.C. § 501.

27. Mentone performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Markos has been damaged.

30. The harm caused to Markos has been irreparable.

WHEREFORE, Plaintiff STEVEN LAMONT MARKOS prays for judgment against the Defendant MENTONE RENTAL CABINS, LLC that:

    a. Mentone and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Mentone be required to pay Markos his actual damages and Defendant's profits attributable to the infringement, or, at Markos' election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Markos be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Markos be awarded pre- and post-judgment interest; and

e. Markos be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Markos hereby demands a trial by jury of all issues so triable.

Dated: November 24, 2025

                                   Respectfully submitted,

                                   */s/ Mark S. Boardman*
                                   BOARDMAN, CARR, PETELOS, WATKINS, OGLE & HOWARD, P.C
                                   400 Boardman Drive
                                   Chelsea, AL 35043
                                   Telephone: (205) 678-8000
                                   Facsimile: (205) 678-0000
                                   Email: mboardman@boardmancarr.com

                                   *Counsel for Plaintiff Steven LaMont Markos*

**Defendant's Address:**
Mentone Rental Cabins, LLC
c/o Devin Dean, Registered Agent
1948 Gray Road
Fort Payne, AL 39567-8038